UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : NO. 4: 22-CR-075 |
| VS. | : |
| | : Chief Judge Brann |
| SCOTT ERIC SNYDER | |

**DEFENDANT'S COMBINED SENTENCING BRIEF AND REQUEST FOR DOWNWARD VARIANCE**

**BACKGROUND**

On March 6, 2025, pursuant to a plea agreement, Defendant entered a plea of guilty to Count 1 of the indictment: a violation of 18 U.S.C.§ 2251 (a) and (e), Production of Child Pornography. Count 1 is punishable by 15 to 30 years imprisonment and a fine of up to $250,000.00 and a maximum term of supervised release of life.

On June 24, 2025, a final presentence report was issued setting Defendant's total offense level at 39 and criminal history category at I. This results in a guideline imprisonment range of 262-327 months. There are no objections to this report.

**18 U.S.C. SECTION 3553 FACTORS**

**Nature and Circumstances of the offense**

On two occasions during 2012 and 2013, the Defendant entered the home of the

minor victim and sexually assaulted her while she slept. He also took photographs of these incidents. The details of these offenses are well laid-out in Paragraphs 6 thru 8 of the final presentence report (doc.77) and are not in dispute.

### History and Characteristics of the Defendant

Defendant is 53 years old, single and has no children. He is in good physical health with no history of drug or alcohol abuse. He possesses a high school diploma and has completed training as an auto mechanic. Prior to his arrest in 2019, he held various jobs in the auto repair industry and as a disc jockey.

Defendant reports a normal childhood with no abuse or trauma and has been described by his mother as "kind hearted" and "remorseful" about his crimes.

Defendant admitted he had a ten (10) year porn addiction that he claims terminated upon his arrest resulting in relief.

### The Sentence

For the reasons that follow, Defendant requests a downward variance to a sentence of 15 years.

The Government is seeking a sentence of at least 262 months in this case. In United States. V. Mark Miller, 4:24-cR-154, the Defendant traveled interstate while having sex with a minor female over a lengthy period of time. He had a Criminal History

Category of II and this Court sentenced him to 12 ½ years. Mr. Miller's conduct was clearly more egregious than the conduct of Defendant Snyder in the instant case. In light of the sentence dealt in this case, a sentence of 21.8 to 27.2 years in Mr. Snyder's case seems unduly harsh and excessive.

Accordingly, in Mr. Snyder's case, sentence of 15 years is sufficient, but not greater than necessary, to comply with the purposes set forth in 18 U.S.C. Section 3553(a)(2). No fine should be imposed. (See Paragraph 46 of the Presentence Report). Such a sentence would be more in line and consistent with that of the above-mentioned Mark Miller-12 ½ years. Both Mr. Snyder and Mr. Miller engaged in similar conduct over a similar period of time and both have minimal criminal histories.

### The Need to Avoid Unwarranted Sentence Disparities

A sentence of 15 years will not result in an unwarranted sentence disparity among defendants with similar records who have been found guilty of similar conduct.

### Restitution

No restitution is requested. See Paragraphs 62 of the presentence report.

### CONCLUSION

While this crime was extremely serious and should be dealt with as such, Defendant should not receive a sentence near the maximum as the presentence report suggests. Such

sentences are reserved for career offenders.

    For the aforesaid reasons, Defendant requests that this Honorable Court vary downward to a sentence of 15 years. In addition, Defendant requests a recommendation from the Court to serve his sentence at FCI-Allenwood.

                                        Respectfully submitted,

                                        G. Scott Gardner /s/
                                        G. Scott Gardner
                                        Attorney for Defendant
                                        PA. I.D. #36507
                                        1000 Commerce Park Drive
                                        Suite 310-B, Williamsport, PA 17701
                                        (570) 971-0090

July 23, 2025